UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONTRAIL J. BUTCHER,

Plaintiff,

v.                                                            Case No.   26-CV-756

MELISSA WENDT-TROCHINSKI et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Dontrail J. Butcher, a prisoner confined at Oshkosh Correctional Institution, is representing himself in this 42 U.S.C. § 1983 case.  On April 28, 2026, along with his complaint, Plaintiff filed a motion for leave to proceed without prepaying the filing fee.  The Prison Litigation Reform Act applies to this case because Plaintiff was incarcerated when he filed his complaint. That statute allows prisoners to proceed without prepaying the full filing fee if, when they have assets or means, they first pay an initial partial filing fee.  28 U.S.C. § 1915(b).  On May 8, 2026, the Court ordered Plaintiff to pay an initial partial filing fee of $83.58 within thirty days or advise the Court in writing why he was unable to submit the assessed amount.  (ECF No. 6.)  The deadline has passed, and the Court has not received the fee nor has Plaintiff informed the Court of any challenges he faced in arranging submission of the fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to proceed without prepaying the filing fee (ECF No. 2) is **DENIED** based on his failure to pay the initial partial filing fee, and this case is **DISMISSED without prejudice** based on his failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 statutory filing fee. Accordingly, the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Plaintiff is located.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on June 24, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge